Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*
[*Additional Counsel Listed on Signature Page*]

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **APRIL HERNANDEZ**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INFOPAY, INC.**,<br><br>Defendant. | Case No. 5:24-cv-03541<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff APRIL HERNANDEZ hereby gives notice that her claims in this action against Defendant INFOPAY, INC. are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 26, 2024           By:  */s/ Andrew G. Gunem*
                                    Andrew G. Gunem (SBN 354042)
                                    STRAUSS BORRELLI PLLC
                                    980 N Michigan Avenue, Suite 1610
                                    Chicago, Illinois 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – 1

agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – 2